# United States District Court

SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS J. RITZ and RONALD RITZ, d/b/a COTTONWOOD CAMPGROUND, a/k/a WHITEWATER RIVER COTTONWOOD CAMPGROUND, and C. MICHAEL (a/k/a "CODY") RITZ,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-CV-1167-LJM-WTL

TO:  Ronald Ritz
       Post Office Box 2
       Brookville, IN 47012

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff's ATTORNEY:

    Shelese Woods
    Assistant United States Attorney
    Office of the United States Attorney
    10 West Market Street, Suite 2100
    Indianapolis, Indiana 46204-3048

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____
CLERK

_____
BY DEPUTY CLERK

MAR 0 7 2008
_____
DATE

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>March 7, 2008 |
| NAME OF SERVER (PRINT)<br>Shelese Woods   *Shele Woods* | TITLE<br>Assistant United States Attorney |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the defendant. Place where served: _____

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☒ Other (specify): Via Certified Mail - Receipt No. 7007 0220 0003 9079 4170

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS J. RITZ and RONALD RITZ, d/b/a COTTONWOOD CAMPGROUND, a/k/a WHITEWATER RIVER COTTONWOOD CAMPGROUND, and C. MICHAEL (a/k/a "CODY") RITZ,

    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:07-CV-1167-LJM-WTL

TO:    C. Michael "Cody" Ritz
         Post Office Box 2
         Brookville, IN 47012

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff's ATTORNEY:

    Shelese Woods
    Assistant United States Attorney
    Office of the United States Attorney
    10 West Market Street, Suite 2100
    Indianapolis, Indiana 46204-3048

an answer to the complaint which is herewith served upon you, within \_\_\_\_20\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

BY DEPUTY CLERK

DATE

MAR 0 7 2008

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>March 7, 2008 |
| NAME OF SERVER (PRINT)<br>Shelese Woods   *Sh~ Woods* | TITLE<br>Assistant United States Attorney |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

X☐   Other (specify): Via Certified Mail - Receipt No. 7007 0220 0003 9079 4163

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                                        Signature of Server

                                          _____
                                          Address of Server

1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure