**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:07-CV-01167 |
| Plaintiff, | : | Judge William T. Lawrence<br>Magistrate Judge Debra McVicker Lynch |
| vs. | : | |
| THOMAS RITZ, et al. | : | **JOINT MOTION TO CONTINUE PRE-TRIAL CONFERENCE** |
| Defendants. | : | |

Now come the Parties, by and through their respective counsel, and hereby move this Court for an Order continuing the Final Pretrial Conference presently scheduled for August 2, 2011 (See Doc. # 149). The trial is only set to go forward between Plaintiff, the United States of America (the "United States"), and Defendant Thomas Ritz ("Ritz"). The United States and Ritz are discussing resolution of all claims between them, such resolution obviating the need for trial, and such resolution likely being reached on or before August 6, 2011. Further, because appearance of counsel is required, and counsel for Ritz is located in Cincinnati, Ohio, the Parties believe it to be in the interest of economy of both the Parties *and* the Court to continue the Pretrial Conference, pending final resolution of the claims between the United States and Ritz. The purpose of this Motion is not for vexation or delay. Moreover, the Parties ***do not*** seek to continue the trial date.

WHEREFORE, the Parties respectfully request that this Court continue the Final Pretrial Conference presently scheduled for August 2, 2011 for not less than fourteen (14) days so that the Parties may resolve the outstanding issues between the United States and Ritz, and for all other relief to which this Court deems the Parties entitled, either in law or equity.

Respectfully submitted,

/s/ Shelese M. Woods
Shelese M. Woods
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Tel: (317) 226-6333
Fax: (317) 226-5027
shelese.woods@usdoj.gov

/s/ Daniel S. Tomson
Daniel S. Tomson (23777-64)
MERCER BELANGER
111 Monument Circle, Suite 3400
P.O. Box 44942
Indianapolis, IN 46244-0942
Tel: (317) 636-3551
Fax: (317) 636-6680
dtomson@indylegal.com
Attorney for Defendant Ronald Ritz

/s/ Michael J. Menninger
Michael J. Menninger (IN # 27425-15)
WOOD & LAMPING LLP
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202
Tel: (513) 852-6077
Fax: (513) 419-6477
mjmenninger@woodlamping.com
Attorney for Defendant Thomas Ritz

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed with the Court by electronic means this 29th day of July, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, including the following persons. Parties may access this filing through the Court's system.

Shelese M. Woods
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Attorneys for Plaintiff
shelese.woods@usdoj.gov

Daniel S. Tomson
Mercer Belanger
111 Monument Circle, Suite 3400
P.O. Box 44942
Indianapolis, IN 46244-0942
Attorneys for Defendant Ronald Ritz
dtomson@indylegal.com

/s/ Michael J. Menninger
Michael J. Menninger