UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No.1:07-cv-1167-WTL-DML |
| ) | |
| THOMAS J. RITZ, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

The claims against Defendants Thomas J. Ritz and C. Michael Ritz having been dismissed with prejudice, the Court now enters final judgment against the remaining Defendant, Ronald Ritz, and in favor of Plaintiff the United States of America, as follows:

1. Ronald Ritz shall pay a civil penalty in the amount of $29,754.00.

2. Ronald Ritz is enjoined from violating the Safe Drinking Water Act and its implementing regulations and is ordered to comply fully with the Administrative Order which the U.S. EPA issued on December 2, 1998. In addition, Ronald Ritz shall do the following with regard to the Cottonwood Campground ("Campground"):

### NITRATE SAMPLING AND REPORTING

Each calendar year, during a time when the system is providing water, Ritz shall take a sample for nitrate at each entry point to the Campground's water distribution system, which is representative of each well supplying water to the water distribution system, and have each sample analyzed by a state certified lab. Ritz shall then send a copy of the results of all nitrate samples to the EPA and IDEM. *See* 40 C.F.R. § 141.23.

If any nitrate sample collected from the Campground has nitrate greater than the Maximum Contaminant Level ("MCL") at 40 C.F.R. § 141.62(b) of 10 milligrams per liter (mg/l) nitrate reported as nitrogen ($NO_3$ as N), then Ritz shall complete the following additional actions:

1. Within 24 hours of receiving the nitrate sample result greater than 10 mg/l, Ritz shall have an additional nitrate sample collected, known as the confirmation sample, and analyzed by a state- certified laboratory. The results of the confirmation sample shall be averaged with the initial sample.

2. If the average of the initial sample and the confirmation sample results in a sample result greater than 10 mg/l MCL for nitrate, known as an acute risk, Ritz shall:

   a. notify the EPA and IDEM within 48 hours of receiving the results;

   b. notify people staying at the Campground and the general public of the nitrate results within 24 hours of receiving the results; and submit to EPA and IDEM a copy of the public notice, *see* 42 U.S.C. § 300g-3(c);

   c. initiate consultation with IDEM regarding the nitrate results within 24 hours of receiving the results; and

   d. comply with any additional public notification requirements that may be established as a result of consultation with IDEM, within the time-frame established by IDEM. *See* 40 C.F.R. § 141.23.

## TOTAL COLIFORM SAMPLING AND REPORTING

For each calendar quarter that the system provides water, Ritz shall take a sample for total coliform bacteria at each entry point to the Campground's water distribution system, which is representative of each well supplying water to the water distribution system, and have each sample analyzed by a state certified lab (known as a "routine sample"). Ritz shall then send a copy of the results of all total coliform samples to the EPA and IDEM. *See* 40 C.F.R. § 141.21.

If any total coliform bacteria sample collected from the Campground tests positive for total coliform bacteria, then Ritz shall complete the following additional actions:

1. Upon receiving the positive sample results, Ritz shall have the results further analyzed for the presence of fecal coliform and/or *E. coli*;

2. Within 24 hours of receiving the positive sample results, Ritz shall have four repeat samples collected and analyzed for total coliform bacteria by a state-certified laboratory, with one repeat sample to be collected from the sampling site where the original positive sample was taken and the other three repeat samples to be collected from three other sites;

3. During the next calendar month when the system is in operation following a sample that produced a positive sample result, Ritz shall have five additional routine samples taken. If more than one routine sample in the same month, or any repeat sample, tests positive for total coliform bacteria, and if any sample contains fecal coliform or *E. coli*, then this is

considered an acute MCL violation for total coliform bacteria and Ritz shall:

a. notify the EPA and IDEM by the end of the next business day after receiving the results;

b. notify people staying at the Campground and the general public of the total coliform bacteria results within 24 hours of receiving the results, *see* 42 U.S.C. § 300g-3(c);

c. submit to EPA and IDEM a copy of the public notice;

d. initiate consultation with IDEM regarding the results within 24 hours of receiving the results; and

e. comply with any additional public notification requirements that may be established as a result of consultation with IDEM, within the time-frame established by IDEM.

If more than one routine sample in the same month, or any repeat sample, tests positive for total coliform bacteria but does not contain fecal coliform or *E. coli*, then Ritz shall notify people staying at the Campground and the general public of the total coliform bacteria results within 30 days of receiving the results. The notice shall remain in place for at least seven days, or as long as the violation persists. Ritz shall also submit to EPA and IDEM a copy of the public notice. *See* 40 C.F.R. § 141.21.

SO ORDERED: 08/15/2011

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification