## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:07-CV-01167 |
| | : | |
| Plaintiff, | : | Judge William T. Lawrence |
| | : | Magistrate Judge Debra McVicker Lynch |
| vs. | : | |
| | : | **DEFENDANT RONALD RITZ'S** |
| RONALD RITZ. | : | **NOTICE OF APPEAL** |
| | : | |
| Defendant. | : | |

Notice is hereby given that **Ronald Ritz, Defendant** in the above-captioned case, hereby appeals **to the United States Court of Appeals for the Seventh Circuit** from the following orders entered in this action: the order entered July 29, 2010 (Doc. #104) reopening motions; the order entered on August 25, 2010 (Doc. #105) denying Defendant's Motion for Summary Judgment and granting Plaintiff's Motion for Summary Judgment; the order entered February 18, 2011 (Doc. #132) granting, in part, Plaintiff's Motion for Summary Judgment and denying prior defendant Tom Ritz's Motion to Enforce Settlement Agreement; the Entry on Remedy dated May 3, 2011 (Doc. #138) assessing a civil penalty of $29,754.00 on Defendant; the Entry dated July 15, 2011 (Doc. #146) denying Defendant's Motion to Reconsider; and the Entry dated August 15, 2011 (Doc. #155) of final judgment in the action.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

OF COUNSEL:

WOOD & LAMPING LLP

_____
Michael J. Menninger (27425-15)
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202
Ph: (513) 852-6077
F:   (513) 419-6477
E-mail: mjmenninger@woodlamping.com
*Trial Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was served upon the following counsel of record by ordinary mail this 12th day of October, 2011:

Shelese M. Woods
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Attorneys for Plaintiff
shelese.woods@usdoj.gov

_____
Michael J. Menninger